No. 327. JONES *v.* MISSISSIPPI. Appeal from the Supreme Court of Mississippi. *Per Curiam:* The appeal

is dismissed and the petition for writ of certiorari is denied. *Forrest B. Jackson* for appellant-petitioner.